No. 269, Misc. ROBINSON v. BOLSINGER, PROTHON-OTARY. C. A. 3d Cir. Certiorari denied. *James D. Crawford* and *Arlen Specter* for respondent.

No. 280, Misc. KENNY v. FOLLETTE, WARDEN. C. A. 2d Cir. Certiorari denied. *Gretchen White Oberman, Leon B. Polsky,* and *William E. Hellerstein* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Amy Juviler,* Assistant Attorney General, for respondent.

No. 286, Misc. CERRATO v. NEW YORK. Ct. App. N. Y. Certiorari denied. *William E. Hellerstein* for petitioner. *Burton B. Roberts* and *Daniel J. Sullivan* for respondent.

No. 326, Misc. REDDING v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied. *Daniel R. McLeod,* Attorney General of South Carolina, and *Emmet H. Clair,* Assistant Attorney General, for respondent.

No. 341, Misc. SCHLETTE v. CALIFORNIA ADULT AUTHORITY ET AL. Sup. Ct. Cal. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Robert J. Polis,* Deputy Attorney General, for respondents.

No. 472, Misc. GONZALEZ v. FIELD, MEN'S COLONY SUPERINTENDENT. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Allen A. Haim,* Deputy Attorney General, for respondent.